## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| Eric Evans, | |
| *Plaintiff,* | Case No. 1:25-cv-00094 |
| v. | |
| BlofinTYU, Aubree Hanson, Zedxion Exchange Ltd., Elizabeth Newman, and John Does 1 – 20, | **Declaration of Marshal Hoda** |
| *Defendants.* | |

I, Marshal Hoda, state and swear as follows.

1.      My name is Marshal J. Hoda. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein. I represent the plaintiff in this matter, Keith Miller.

2.      I personally drafted Plaintiffs' Motion for *Ex Parte* Temporary Restraining Order and Expedited Discovery, which sets out facts and offers argument as to why the Court should enter a freezing order in this case without notice to the defendants. I verify the statements set out there and urge the Court to grant the Motion for the same reasons.

//

- 1 -

## SIGNATURE PAGE

_____

Marshal Hoda


March 27, 2025