UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Eric Evans,<br><br>*Plaintiff,*<br><br>v.<br><br>BlofinTYU, Aubree Hanson, Zedxion Exchange Ltd., Elizabeth Newman, and John Does 1 – 20,<br><br>*Defendants.* | Case No. 1:25-cv-00094<br><br>**Plaintiff's Emergency Motion for Extension of Temporary Restraining Order** |

Plaintiff Eric Evans hereby moves to extend the extant Temporary Restraining Order under Federal Rule of Civil Procedure 65(b)(2).

## I.   Background

At Plaintiff's request, the Court issued a Temporary Restraining Order on April 1, 2025 (the "TRO").[1] The TRO required the freezing of cryptocurrency accounts associated with Zedxion Exchange and custodied by ChainUp Pte. Ltd. to which Plaintiff traced his assets. Plaintiff's counsel have been engaged with law enforcement and ChainUp throughout the period since the issuance of the TRO, but have not yet received assurances from

---

[1] ECF 4.

ChainUp that the assets are frozen. If not extended, the TRO will expire on April 15, 2025.

## II. Legal Standard

Under FRCP 65(b)(2), a TRO may be extended by up to 14 days "for good cause." In crypto-related cases like this one, Courts have granted extensions of asset-freezing TROs to allow plaintiffs to continue working with exchanges on implementation and information gathering in preparation for a motion for preliminary injunction.[2]

## III. Request for Extension

Plaintiff requests that the Court extend the TRO for 14 days to April 29, 2025. This extension would allow counsel to continue working with law enforcement and corresponding with ChainUp to implement the freeze.

Plaintiff respectfully submits that the considerations outlined above show good cause for extension of the TRO under FRCP 65. He requests that the Court enter an extension in substantially the form of the Proposed Order submitted along with this Motion.

---

[2] *See, e.g., Licht v. Ling,* No. 23-cv-01018, *Order Granting 14-Day Extension of Temporary Restraining Order*, pp. 1—2 (N.D. Tex. May 24, 2023) (granting extension of asset-freeze TRO in crypto-fraud case where the alleged victim was "work[ing] diligently with the exchanges to (1) resolve issues related to service and (2) obtain discovery regarding the defendants so they can be given notice of the suit and the TRO"); *Astrove v. Doe*, Case No. 22-cv-80614, *Order Modifying and Extending Temporary Restraining Order*, *passim* (S.D. Fla. May 3, 2022) (same).

Dated: April 15, 2025                    Respectfully submitted,

THE HODA LAW FIRM, PLLC

*[signature]*

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*