IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ERIC EVANS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:25-CV-00094 |
| BLOFINTYU, AUBREE HANSON, | § | JUDGE MICHAEL J. TRUNCALE |
| ZEDXION EXCHANGE LTD., | § | |
| ELIZABETH NEWMAN, AND JOHN | § | |
| DOES 1 – 20, | § | |
| | § | |
| *Defendants*. | | |

## ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER

Before the Court is an Emergency Motion to Extend Temporary Restraining Order ("TRO") submitted by Plaintiff Eric Evans. On April 1, 2025, the Court granted Plaintiff's request for a 14-day TRO freezing accounts at Zedxion Exchange and custodied by ChainUp Pte. Ltd ("ChainUp") to which Plaintiff alleges he has traced his stolen assets. If not extended, the TRO will expire on April 15, 2025.

In the instant Motion, Plaintiff reports that ChainUp has not assured Plaintiff that the accounts in question have been frozen, despite correspondence from law enforcement and from Plaintiff's counsel providing ChainUp with the Order and with instruction from law enforcement to freeze the subject accounts pending their own investigation into Plaintiff's loss.

Plaintiff requests a 14-day extension of the TRO in order to allow him to continue to work with law enforcement and to correspond with ChainUp regarding the implementation of the freeze. He argues that he should be given additional time to ensure the implementation of the account freezes and to secure information regarding the accounts, noting that these efforts will pave the way for his forthcoming motion for a preliminary injunction.

Federal Rule of Civil Procedure 65(b)(2) provides for extension of a temporary restraining order "for good cause." Plaintiff has shown good cause due to the difficulty of serving and communicating with ChainUp and the need to verify the implementation of the account freezes. Accordingly, the Court **GRANTS** the motion and **EXTENDS** the TRO. The TRO will expire on April 29, 2025.

As required by Federal Rule of Civil Procedure 65(b)(3), the Court will set Plaintiff's motion for a preliminary injunction for hearing "at the earliest possible time." If Plaintiff chooses not to proceed with a motion for preliminary injunction, the TRO will dissolve as per the terms of this Order on April 29, 2025.

Dated: April 15, 2025

Prepared By:

THE HODA LAW FIRM, PLLC

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiffs*