UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Eric Evans,<br><br>   *Plaintiff*,<br><br>v.<br><br>BlofinTYU, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-00094<br><br>**Proof of Service** |

I, Eric Evans, state and swear as follows.

I hereby certify that on July 10, 2025, I served Aubree Hanson with the Summons and Complaint via Telegram as authorized in the Order Granting Plaintiff's Motion for Alternate Service.

- 1 -

## VERIFICATION

     I, Eric Evans, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____

Eric Evans

Dated:   July 10, 2025