UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Eric Evans,<br><br>*Plaintiff,*<br><br>v.<br><br>Aubree Hanson, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00094<br><br>**Plaintiff's Notice of Voluntary Dismissal** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Eric Evans hereby provides notice of voluntary dismissal of the above-captioned action without prejudice. No defendant has served an answer or motion for summary judgment in this matter.

//

- 1 -

Dated: September 3, 2025

Respectfully submitted,

THE HODA LAW FIRM, PLLC

*[signature]*

---

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*