IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ERIC EVANS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 1:25-CV-00094 |
| BLOFINTYU, AUBREE HANSON, § | JUDGE MICHAEL J. TRUNCALE |
| ZEDXION EXCHANGE LTD., § | |
| ELIZABETH NEWMAN, and § | |
| JOHN DOES 1 – 20, § | |
| § | |
| *Defendants*. § | |

### ACKNOWLEDGEMENT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Court has received Plaintiff's Notice of Voluntary Dismissal [Dkt. 11] filed in the above-styled matter. Plaintiff files his Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) dismissing all claims filed herein without prejudice.

Accordingly, the Court acknowledges that all claims filed in this matter are hereby **DISMISSED WITHOUT PREJUDICE**.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed in this matter are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 3rd day of September, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge